UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-cv-21891-RNS

ALVARO E. GHISAYS,

      Plaintiff,

v.

FLORIDA BEAUTY EXPRESS, INC.,
FLORAL LOGISTICS OF MIAMI, INC.,
and RALPH MILMAN, individually,

      Defendants,

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AND COMPEL ARBRITRATION AND MEDIATION

Plaintiff, ALVARO E. GHISAYS (hereinafter, Plaintiff), by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this District, hereby files Plaintiff's Response to *Defendants' Motion to Dismiss Complaint and Compel Arbitration and Mediation* [D.E.#14], and states as follows:

1. While it is Plaintiff's position that good grounds exist to challenge the scope and validity of the Arbitration Agreement at issue in this matter, in the interest of justice and judicial economy, and after careful consideration, Plaintiff has decided to not challenge the validity and enforceability of the Arbitration Agreement.

2. Pursuant to the terms of the Arbitration Agreement, prior to entering into Arbitration, Plaintiff respectfully requests that this Honorable Court enter an Order directing the parties to participate in Mediation.

3. Wherefore, Plaintiff hereby files this response to the *Defendants' Motion to Dismiss Complaint and Compel Arbitration and Mediation* [D.E.#14] and respectfully

requests that this Honorable Court enter an Order directing the parties to participate

in Mediation prior to Arbitration.

Dated:  July 22, 2017

Respectfully submitted,

By:  _/s/ **Zandro E. Palma**_____
Zandro E. Palma, Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:      (305) 446-1500
Facsimile:       (305) 446-1502
zep@thepalmalawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  July 22, 2017

Respectfully submitted,

_/s/ **Zandro E. Palma**_____
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile:  (305) 446-1502
*Attorney for Plaintiff*

<u>**SERVICE LIST**</u>
<u>**CASE NO.: 17-cv-21891-RNS**</u>

Mavrick Law Firm
Attorneys for Defendants
1620 West Oakland Park Boulevard, Suite 300
Fort Lauderdale, Florida 33311
Telephone: (954) 564-2246
Peter T. Mavrick, Esq.
E-mail: peter@mavricklaw.com
Michael E. Bonner, Esq.
E-mail: mbonner@mavricklaw.com
*Attorney for Defendants*

**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
Zandro E. Palma, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Attorney for Plaintiff*